■ THE PEOPLE OF THE STATE OF NEW YORK v. LEON FREDERICK FARMER.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEON FREDERICK FARMER.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Aaron Samuelson, Esq. of 332 East 149th Street, Bronx, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ LEON MAVARA v. M. WITMARK & SONS et al.— Motion, insofar as it requests consolidation, denied, but that branch of motion requesting dismissal for failure to prosecute is granted, unless the appellant procures the records on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of Senator ROBERT A. TAFT HOUSES. MICHAEL JANICKI; CITY OF NEW YORK.— Motion denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of JAMES J. MORAN, by His Attorney, EUGENE J. MORAN. — Proceeding dismissed, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JAY H. SCHAFRAN v. FRANCISCO B. CALAS.— Motion denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of LOUIS I. NASH against GAY APPAREL CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.